UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:10-MJ-1025 |
| v. | JUDGES _____ |
| DARREN WESLEY HUFF | |

## MOTION TO SEAL

The United States of America, by and through the United States Attorney for the Eastern District of Tennessee, hereby moves to seal the Warrant for Arrest, Complaint, and Affidavit filed in the above-styled case, along with this Motion to Seal and ensuing Order, until further Order of this Court. In support of this request, the United States submits that the defendant in this case is involved with other defendants in an ongoing investigation, and it is believed that prior knowledge of the above-mentioned documents would compromise the investigation.

Respectfully submitted this 26 day of April, 2010.

JAMES R. DEDRICK
UNITED STATES ATTORNEY

By: _____
A. WM. MACKIE
Assistant United States Attorney
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167