UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | 3:10-MJ-1025 |
| V. | ) | (Shirley) |
| | ) | |
| | ) | |
| DARREN WESLEY HUFF | ) | |

ORDER APPOINTING FEDERAL DEFENDER

The Court finds after review of the defendant's Financial Affidavit and defendant's answers to the court's questions, that defendant, Darren Wesley Huff**,** does not have the funds to retain an attorney of his/her choice and that the defendant wants to be represented by counsel.

Accordingly, I find that the defendant qualifies for appointment of counsel and it is **ORDERED** the following counsel will be appointed to represent the defendant:

> **Jonathan A. Moffatt**
> **Paula R. Voss**
> **Federal Defender Services of Eastern Tennessee**
> **800 South Gay Street, Suite 2400**
> **Knoxville, TN 37929-9714**
>
> **Telephone: (865) 637-7979**
> **Fax Number: (865) 637-7999**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge