⬛AO 442  (Rev 10/03) Warrant for Arrest                                                                                                    FBI

# UNITED STATES DISTRICT COURT

_____Eastern_____  District of  _____Tennessee_____

UNITED STATES OF AMERICA

V.

DARREN WESLEY HUFF

**WARRANT FOR ARREST**

Case Number: 3:10-mj-1025

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____DARREN WESLEY HUFF_____
                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  X Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)
Title 18, U.S.C. Section 2101(a), Travel in Interstate Commerce with Intent to Incite a Riot, and
Title 18, U.S.C. Section 231(a)(2) Transporting in Commerce a Firearm in furtherance of a Civil Disorder,

in violation of Title ____18____ United States Code, Section(s) _____2101(a) and 231(a)(2)_____

C. Clifford Shirley, Jr.                                          C. Clifford Shirley, Jr.
Name of Issuing Officer                                           Signature of Issuing Officer

United States Magistrate Judge                                    4/26/2010
Title of Issuing Officer                                          Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
I-40 in Knoxville, TN

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4/30/2010 | M. Scott Johnson  Special Agent FBI | M. Scott Johnson |

Case 3:10-mj-01025 Document 10 Filed 05/03/10 Page 1 of 1 PageID #: 20